AARON M. JANPOLE et al., Respondents, *v.* MORRIS L. LASKY, Appellant.

*Janpole* v. *Lasky,* 94 App. Div. 353, affirmed.
(Submitted February 1, 1906; decided February 16, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 6, 1905, in favor of plaintiffs upon the submission of a controversy under section 1279 of the Code of Civil Procedure.

*Samuel D. Lasky* for appellant.

*Moses Esberg* for respondents.

Judgment affirmed, with costs, on opinion below.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, EDWARD T. BARTLETT, WERNER, HISCOCK and CHASE, JJ.

---

AMELIA SEIZER, Respondent, *v.* THE BROOKLYN HEIGHTS RAILROAD COMPANY, Appellant.

*Seizer* v. *Brooklyn Heights R. R. Co.,* 101 App. Div. 609, affirmed.
(Submitted February 1, 1906; decided February 16, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered February 6, 1905, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*George D. Yeomans* and *I. R. Oeland* for appellant.

*Edward A. Alexander* and *Jerome II. Buck* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, EDWARD T. BARTLETT, WERNER, HISCOCK and CHASE, JJ.